RECEIVED
JAN 31 2018
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

January 29, 2018

Dear Clerk,

I see Ms. Fleming has been severed from case no. 7:17-cv-0009-O and another case opened with her as the sole plaintiff. I hope the Court plans to reimburse the attorneys that had paid her filing fee since the ADF is a non-profit organization and since Fleming was so unhappy with their representation of her.

Of course, she will have to pay the entire filing fee up front for the new case since she has more than three (3) strikes under the PLRA. Not that you need or want my advice on the matter; I am simply tired of watching Fleming abuse the judicial system.

Sincerely yours,

Lisa Biron (Reg. #12775-049)
FMC Carswell
P.O. Box 27137
Fort Worth, TX 76127

Lisa Biron
12775-049
FMC Carswell
P.O. Box 27137
Fort Worth, TX 76127

**RECEIVED**
JAN 31 2018
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

⇔12775-049⇔
U S Dist Court Clerk
Northern Dist. of Texas
1000 Lamar ST
Room 203
Wichita Falls, TX 76301
United States

76301-343153

NORTH TEXAS TX P&DC
DALLAS TX 750
29 JAN 2018 PM 3 L