UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

WICHITA DIVISION

RHONDA FLEMING,

Plaintiff,

JEANETTE DRIEVER,

Putative-Plaintiff,

v.

UNITED STATES OF AMERICA, ET AL.,

Defendants.

No. 7:18-cv-0004

LETTER BRIEF BY PUTATIVE-PLAINTIFF ON RECENT FEDERAL COURT

DECISION ON TRANSGENDER MEN IN PRISON

Dear Judge O'Connor:

Sir, as you know, I have filed a motion to join my claims with those of Rhonda Fleming. The problem we had with our former attorneys is that we told them from the beginning we wanted to sue for declaratory judgment as well as monetary damages. Alliance Defending Freedom disagreed, but I believe that such serious misconduct by the Defendants warrants monetary damages. Be that as it may, Ms. Fleming, Alliance Defending Freedom, and I are all joined in the belief that transgender men should not be placed

in prisons with natural born women. All of us want the cases to be expedited in light of decisions in federal courts that could affect federal women prisoners.

In my home state, Idaho, there has been a decision on December 13, 2018, by federal district Judge B. Lynn Winmill, holding that a transgender man has a right to a sex reassignment surgery. After the surgery, the next move for this sex offender male prisoner, is transfer to a women's prison, where other women will endure what myself and thousands of other women endured from the men at FMC Carswell and other federal prisons.

Right now, Plaintiff Fleming is housed at a facility with at least one transgender man. As an officer told us before I was released, "they are everywhere." The prison continues to give the female transgender inmates strength enhancing drugs, allowing them to grow beards. We are in the unique position of having lived with these men and women, in close quarters, something the advocates of a genderless society, have not experienced. Our story should be told to the public, by this Court's issuance of an opinion, so that nationwide the public will understand the seriousness of the agenda being espoused by a certain political party. Why are women being subjected to being housed with male and female transgender inmates?

We want answers from the Defendants.

I am requesting that irrespective of the difference of opinion about monetary damages, that the Court would take action to issue a decision to remove the men from women's federal prisons, nationwide. This is about more than just prisons. Recently, at a Ms. Universe pageant, a transgender man competed against women. They compete against women in sporting events. It is my belief that this madness needs to be stopped or limits placed by legislation. However, in the interim, judicial intervention is our only hope.

The policy is not just immoral, but it defies common sense. Why does one individual's choice allow the government to violate my right to safety and privacy? As a sex abuse victim this is a slap in the face to all women.

I would also like to remind the Court that Plaintiff Fleming and I are not white. This is important because advocates of the practice of placing transgender men in women's prison have alleged that Alliance Defending Freedom and other religious based groups are prejudice. Well, the majority of the people suffering under the current government policies are non-whites and we want this to stop right now. Sad

that we have to defend ADF on allegations of racism, but that allegations has been made to silence the religious right.

For the reasons stated above, I respectfully move the Court to take action on the pending motions.

Respectfully Submitted,

*/s/ Jeanette Driever*

Jeanette Driever

Putative-Plaintiff

December 31, 2018

CERTIFICATE OF SERVICE

Service is performed by the electronic filing of this Motion by the U.S. Clerk.

Jeanette Driever

Jeanette Driver
760 Juan Tabo Blvd NE #A13
Albuquerque, NM
87123

Judge Reed O'Connor
United States District Court
1000 Lamar St, Room 203
Wichita Falls, TX
76301

RECEIVED
JAN 10 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS