IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| RHONDA FLEMING, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:18-cv-004-O |
| | § | |
| UNITED STATES OF AMERICA, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff's motion to serve process on Defendants (ECF No. 17) is **DENIED** without prejudice. The Court will issue process on Defendants if it determines that Plaintiff has stated a colorable claim.

Plaintiff's motion (ECF No. 18) to consolidate this case with *Rhames v. United States*, No. 7:17-cv-009-O is **DENIED**. This action was severed from *Rhames v. United States* for the reasons stated in the Court's Order, ECF No. 1.

**SO ORDERED** this **28th day** of **March, 2019**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE