IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| RHONDA FLEMING, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:18-cv-004-O |
| | § | |
| UNITED STATES OF AMERICA, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff's motion for a hearing to reconsider the Court's order on her motion for temporary restraining order (ECF No. 28) is **DENIED**.

Plaintiff claims that she was sexually assaulted and tortured at FCI Hazelton. FCI Hazelton is located in Bruceton Mills, West Virginia. Plaintiff may seek relief in a lawsuit filed in the appropriate federal court jurisdiction.

Jeanette Driever's Motion for Class Certification (ECF No. 30) is **DENIED**. Jeanette Driever is not a party to this action.

**SO ORDERED** this **24th day** of **September 2019**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE